COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-09-178-CV

 

JO ANNA KANUI, INDIVIDUALLY,                                           APPELLANT

AND AS NEXT FRIEND OF 

KYLEIGH ROBERTS

                                                    

V.

 

TEXAS DEPARTMENT OF FAMILY                                           APPELLEES

AND PROTECTIVE SERVICES
BY 

AND THROUGH CAREY
COCKERELL, 

IN HIS OFFICIAL CAPACITY;
STACI 

M . LOVE, CHRISTIN H.
IVEY, REGENA 

ROBINSON, ALFRED FREEMAN,
REGINA 

HARRIS, AND VERONICA
TERRELL 

IN THEIR INDIVIDUAL AND
OFFICIAL 

CAPACITIES

                                                                                                         

                                               ----------

            FROM
THE 48TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
For Voluntary Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex.
R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON,
J.    

 

DELIVERED:  July 9, 2009 












[1]See Tex. R. App. P. 47.4.